The People of the State of New York ex rel. Franklin A. Wilcox, Appellant, v. William H. Curtis, as Clerk of Arrears of Taxes and Assessments of the City of Mount Vernon, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

William P. Rae Company, Respondent, v. Peter F. Kane and Others, Appellants.— Appeal dismissed, without costs, the judgment having been reversed herewith and new trial granted. (See *ante*, p. 494.) Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

Philip R. Raife, Respondent, v. Andrew Switzer, Appellant.— Order setting aside verdict and granting plaintiff's motion. for a new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Joseph H. Rose and Elbert D. W. Rose, Appellants, v. John B. Rose, Individually and as Trustee under the Last Will and Testament of John C. Rose, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

James P. Ruyl, Respondent, v. William T. H. Kahler, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John A. Ryan, as Administrator, etc., of John J. Ryan, Deceased, Respondent, v. Pennsylvania Coal Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

William Schultz, Respondent, v. Cordelia E. Yvelin, Appellant.— Judgment of the County Court of Nassau county affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Abraham Shapiro and Sander Terker, Appellants, v. Adolph Friedman, Respondent.—Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Christopher Staiger, Appellant, v. Robert H. Klitz and Charles R. Jung, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

John Stephan, Appellant, v. Samuel Katz, Respondent.—Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.